UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWANA G FARREY,<br><br>    Plaintiff,<br><br>v.<br><br>MARK FREDERICKSON, et al.,<br><br>    Defendants. | Case No.16-cv-04823-BLF (SVK)<br><br>**ORDER TO SHOW CAUSE RE EXECUTION OF SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 29 |

On February 22, 2017, the parties attended a settlement conference with the undersigned and reached a settlement. The confidential terms of settlement were placed on the record. ECF 29. The Court instructed the parties to execute a settlement agreement within thirty days of the settlement conference, i.e. by March 24, 2017. ECF 29. As of May 3, 2017, the parties have not executed a settlement agreement. Accordingly, the Court orders the parties to appear before the Honorable Magistrate Judge Susan van Keulen on **May 15, 2017, at 10:00 AM** in Courtroom 6, 4th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the agreement has not been executed and a stipulated dismissal has not been filed.

This Order to Show Cause shall be automatically vacated if the agreement is executed and a stipulated dismissal is filed on or before **May 12, 2017 at 12:00 PM.**

**SO ORDERED.**

Dated: 5/3/2017

_____
SUSAN VAN KEULEN
United States Magistrate Judge